

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 0 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 14-1039                    DATE: 2/27/2015
    COA #: 12-13-00038-CV    TC#: 08-CV-30,215
STYLE: JOAQUIN INDEPENDENT SCHOOL DISTRICT
    v. SHELBY COUNTY APPRAISAL DISTRICT, ET AL.

    Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.


            MS. CATHY S. LUSK
            CLERK, TWELFTH COURT OF APPEALS
            1517 WEST FRONT, SUITE 354
            TYLER, TX  75702